No. 73–1718. FRANCHISE TAX BOARD OF CALIFORNIA ET AL. *v.* UNITED AMERICANS FOR PUBLIC SCHOOLS ET AL. Affirmed on appeal from D. C. N. D. Cal.

MR. JUSTICE WHITE, joined by THE CHIEF JUSTICE and MR. JUSTICE REHNQUIST, dissenting.

The District Court struck down the California statute providing state income-tax reductions for taxpayers sending their children to nonpublic schools. The Court summarily affirms this judgment. For the reasons stated in my dissent in *Committee for Public Education & Religious Liberty* v. *Nyquist,* 413 U. S. 756, 813–824 (1973), I disagree and respectfully dissent.